appeal granted, by default, without costs.   Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

In the Matter of the Claim of THORLEIF ORMASEN, Respondent, against OSWEGO COUNTY HIGHWAY DEPARTMENT et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs.  Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

NAZZAENE PELLICIONE, Respondent, v. IGANZIO MILLAZZO et al., Respondents.  WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs.  Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

HARRY W. PETZOLD et al., Appellants, v. STATE OF NEW YORK, Respondent.   (Claim No. 31162.) — Motion to dismiss appeal granted, by default, without costs.  Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLAUDE POOLE, Appellant.— Motion for reargument denied.  Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.   [See 1 A D 2d 918.]

In the Matter of the Claim of LOUIS RATKIN, Appellant, against CONSOLIDATED TRIMMING CORP. et al., Respondents.  WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs.  Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

In the Matter of the Claim of BERNARD REYNOLDS, Appellant, against SARDONI CONSTRUCTION Co. et al., Respondents.  WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs.  Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

In the Matter of the Claim of ROBERTA RICHARDSON, Appellant, against MIRROLIKE FAMILY LAUNDRY SERVICE et al., Respondents.  WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs.  Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

In the Matter of the Claim of ANNE ROSENBERG, Appellant, against CENTRAL SEWING MACHINE CORP. et al., Respondents.  WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs.  Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.